IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, REGINA O. GARDNER

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| REGINA O. GARDNER, | Case No.: CV 11-09616-JEM |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | JOHN E. MCDERMOTT UNITED STATES MAGISTRATE JUDGE |
| Defendants. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND FIFTY DOLLARS ($4,050.00) which includes compensation in the amount of $3,700.00 for all legal services rendered by Plaintiff's attorney in this civil action and $350.00 for reimbursement of costs, as authorized by 28 U.S.C. § 2412(d) and 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED: 12-13-12

JOHN E. MCDERMOTT
U.S. MAGISTRATE JUDGE