IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorney for Plaintiff, REGINA O. GARDNER

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| REGINA O. GARDNER, | ) Case No.: CV 11-09616-JEM |
| | ) |
| Plaintiff, | ) [PROPOSED] ORDER |
| vs. | ) AWARDING EAJA FEES |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) JOHN E. MCDERMOTT |
| | ) UNITED STATES MAGISTRATE |
| Defendants. | ) JUDGE |
| | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act

("EAJA") are awarded in the amount of FOUR THOUSAND FIFTY DOLLARS

($4,050.00) which includes compensation in the amount of $3,700.00 for all legal

services rendered by Plaintiff's attorney in this civil action and $350.00 for

reimbursement of costs, as authorized by 28 U.S.C. § 2412(d) and 28 U.S.C.

§1920, and subject to the terms and conditions of the Stipulation.

DATED: 12-13-12

JOHN E. MCDERMOTT
U.S. MAGISTRATE JUDGE